1   Philip L. Pillsbury, Jr. (SBN 72261)
    Vedica Puri (SBN 176252)
2   Eric K. Larson (SBN 142791)
    PILLSBURY & LEVINSON, LLP
3   The Transamerica Pyramid
    600 Montgomery Street, 31st Floor
4   San Francisco, CA 94111
    Telephone:  (415) 433-8000
5   Facsimile:  (415) 433-4816
    ppillsbury@pillsburylevinson.com
6   vpuri@pillsburylevinson.com
    rlarson@pillsburylevinson.com
7
8
    Attorneys for Plaintiffs
9   JON W. BAYLESS and GARY J. MORGENTHALER,
    as Trustees in Dissolution  for WESTWAVE COMMUNCATIONS, INC.
10  a dissolved Delaware Corporation

11

12                         UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  JON W. BAYLESS and GARY J.              ) Case No.  C 08-01779 JSW
    MORGENTHALER, as Trustees in            )
16  Dissolution  for WESTWAVE               )
    COMMUNCATIONS, INC. a dissolved         ) **NOTICE OF ENTRY OF ORDER**
17  Delaware Corporation,                   )
                                            )
18              Plaintiff,                   )
                                            )
19      vs.                                  )
                                            )
20  ILLINOIS UNION INSURANCE                 )
    COMPANY, and DOES 1-10.                  )
21                                           )
                                            )
22              Defendants.                  )

23

24  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25          PLEASE TAKE NOTICE that on May 5, 2008, the Court entered an Order Setting

26  Case Management Conference and Requiring Joint Case Management Conference Statement.

27  / / /

28  / / /

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-1-

1    A true and correct copy of this Order is attached hereto as Exhibit A.

2

3    Dated:   May 5, 2008                    PILLSBURY & LEVINSON, LLP

4                                            By: _____

5                                            Philip L. Pillsbury, Jr.
                                             Vedica Puri
6                                            Eric K. Larson

7                                            Attorneys for Plaintiffs
                                             JON W. BAYLESS, GARY J.
8                                            MORGENTHALER, as Trustees in
                                             Dissolution  for WESTWAVE
9                                            COMMUNCATIONS, INC. a dissolved
                                             Delaware Corporation
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-2-

# EXHIBIT A

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN W BAYLESS,

        Plaintiff,

  v.

ILLINOIS UNION INSURANCE CO,

        Defendant.

                   /

No. C 08-01779 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on August 15, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

    The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

    The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

1  *Management Statement*, which can be found on the Court's website located at

2  http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

3  proceeding without counsel, the parties may file separate case management statements.   Separate

4  statements my also address all of the topics set forth in the Standing Order referenced above.  Any

5  request to reschedule the date of the conference shall be made in writing, and by stipulation if

6  possible, at least ten (10) calendar days before the date of the conference and must be based upon

7  good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the

8  parties shall disclose to the Court the identities of any person, associations, firms, partnerships,

9  corporations or other entities known by the parties to have either (1) financial interest in the subject

10  matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be

11  substantially affected by the outcome of the proceeding.  If disclosure of non-party interested entities

12  or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference

13  the pleading or document in which the disclosure was made.  In this regard, counsel are referred to

14  the Court's Recusal Order posted on the Court website at the Judges Information link at

15  http://www.cand.uscourts.gov.

16  **IT IS SO ORDERED.**

17

18  Dated: May 5, 2008

19  JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am a citizen of the United States; my business address is The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California 94111; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On May 5, 2008, I served the foregoing document(s) described as

(1)    **NOTICE OF ENTRY OF ORDER**

on the interested party(ies) in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Julie Elizabeth VanWert
Wilsin, Elser, Moskowitz, Edelman &
Dicker LLP
555 South Flower Street
Suite 2900
Los Angeles, CA 90071

☒    BY MAIL: I caused such envelope(s), fully prepaid, to be placed in the United States mail at San Francisco, California. I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service the same day, with postage thereon fully prepaid, at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    BY FACSIMILE: In addition to service by mail, on this date I transmitted a copy of the foregoing document(s) to the facsimile number(s) shown above.

☐    BY OVERNIGHT COURIER: I caused such envelope(s) to be placed for collection and delivery on this date with standard DHL/FEDERAL EXPRESS delivery procedures.

☐    BY PERSONAL SERVICE: I caused such envelope(s) to be delivered by WESTERN MESSENGER, a local San Francisco messenger service, by hand on the same day, addressed to the interested party(ies) at the address(es) set forth above.

☒    STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2008 at San Francisco, California.

Sandra Bush

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111