UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bayless and Morgenthaler, as Trustees in
Dissolution for Westwave Communications, Inc.

Plaintiff(s),

CASE NO. C 08-01779 JSW

v.

Illinois Union Insurance Company

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* Mediation/JAMS

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline December 15, 2008

Dated: July 29, 2008

Attorney for Plaintiff

Dated: July 28, 2008

Attorney for Defendant

IT IS SO ORDERED
Jeffrey S. White
Judge Jeffrey S. White

August 5, 2008