Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
       vpuri@pillsburylevinson.com
       rlarson@pillsburylevinson.com

Attorneys for Plaintiffs
JON W. BAYLESS and GARY J. MORGENTHALER,
as Trustees in Dissolution  for WESTWAVE COMMUNCATIONS, INC.
a dissolved Delaware Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No.  C 08-01779 JSW<br><br>**PLAINTIFFS' DISCLOSURE OF NON-PARTY INTERESTED PERSONS AND ENTITIES**<br><br>**[Civil L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations or other entities have a financial interest in the subject matter of this lawsuit in that they are the remaining Series E shareholders of Westwave Communications, Inc. and any proceeds of this lawsuit would be paid to them pro rata as a liquidation preference.

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1. Sevin Rosen Fund VI L.P.
2. Sevin Rosen VI Affiliates Fund L.P.
3. Sevin Rosen Fund VII L.P.
4. Sevin Rosen VII Affiliates Fund L.P.
5. Morgenthaler Partners VII, L.P.
6. GS Capital Partners III, L.P.
7. GS Capital Partners III Offshore L.P
8. Goldman, Sachs & Co. Verwaltungs GMBH
9. London Pacific Life & Annuity Company
10. GC&H
11. Michael Nolan
12. WWC Investors, L.P.
13. The White Family Trust
14. William White
15. Marianne Radwan
16. John Kendrick
17. Dr. Jonathan M. Payne, III

Dated: August 7, 2008

PILLSBURY & LEVINSON, LLP

By: /s/ Eric K. Larson
Philip L. Pillsbury, Jr.
Vedica Puri
Eric K. Larson

Attorneys for Plaintiffs
JON W. BAYLESS, GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNCATIONS, INC. a dissolved Delaware Corporation