1   Philip L. Pillsbury, Jr. (SBN 72261)
    Vedica Puri (SBN 176252)
2   Eric K. Larson (SBN 142791)
    PILLSBURY & LEVINSON, LLP
3   The Transamerica Pyramid
    600 Montgomery Street, 31st Floor
4   San Francisco, CA 94111
    Telephone:  (415) 433-8000
5   Facsimile:  (415) 433-4816
6   Email: ppillsbury@pillsburylevinson.com
           vpuri@pillsburylevinson.com
7          rlarson@pillsburylevinson.com

8   Attorneys for Plaintiffs
9   JON W. BAYLESS and GARY J. MORGENTHALER,
    as Trustees in Dissolution  for WESTWAVE COMMUNCANTIONS, INC.
10  a dissolved Delaware Corporation

11

12                    UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  JON W. BAYLESS and GARY J.            )   Case No.  C 08-01779 JSW
    MORGENTHALER, as Trustees in Dissolution )
16  for WESTWAVE COMMUNICATIONS, INC. a  )
    dissolved Delaware Corporation,       )   **CERTIFICATE OF SERVICE**
17                                         )
              Plaintiff,                   )
18                                         )
         vs.                               )
19                                         )
    ILLINOIS UNION INSURANCE COMPANY,     )
20  and DOES 1-10.                         )
                                           )
21            Defendants.                  )
                                           )
22  _____      )

23

24

25

26

27

28

_____
CERTIFICATE OF SERVICE                               Case No.  C 08-01779 JSW

1

**CERTIFICATE OF SERVICE**

2

I, the undersigned, declare that I am a citizen of the United States; my business address is
The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco,
California 94111; I am employed in the City and County of San Francisco; I am over the
age of eighteen (18) years and not a party to the within action.

3

4

5

On August 8, 2008, I served the foregoing document(s) described as

6

(1)     **PLAINTIFFS' DISCLOSURE OF NON-PARTY INTERESTED PERSONS AND
ENTITIES**

7

(2)     **JOINT CASE MANAGEMENT STATEMENT**

8

on the interested party(ies) in this action by placing ☐ the original ☒ a true copy
thereof enclosed in a sealed envelope addressed as follows:

9

10

Julie Elizabeth VanWert
Wilsin, Elser, Moskowitz, Edelman & Dicker LLP
555 South Flower Street
Suite 2900
Los Angeles, CA 90071

11

12

13

☒      BY MAIL:  I caused such envelope(s), fully prepaid, to be placed in the United States
mail at San Francisco, California.  I am "readily familiar" with this firm's practice for
collection and processing of correspondence for mailing.  Under that practice, it would
be deposited with the United States Postal Service the same day, with postage thereon
fully prepaid, at San Francisco, California, in the ordinary course of business.  I am
aware that on motion of the party served, service is presumed invalid if the postal
cancellation date on postage meter date is more than one day after date of deposit for
mailing in affidavit.

14

15

16

17

18

☒      FEDERAL:  I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

19

Executed on August 8, 2008 at San Francisco, California.

20

21

 s/ SandraBush
Sandra Bush

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111