UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge: JEFFREY S. WHITE**

**Date**: August 15, 2008

**Case No:** C 08-01779 JSW

**Case Title**: JON BAYLESS, et al.  v.  ILLINOIS UNION INSURANCE CO.

**Appearances:**

    For Plaintiff(s): Eric Larson

    For Defendant(s): Darren Le Montree

**Deputy Clerk**:  Rowena B. Espinosa              **Court Reporter**: Kathy Wyatt

### *PROCEEDINGS*

1.  Initial Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                   ( ) Denied
                   ( ) Granted in part/Denied in part
                   ( ) Taken under submission
                   (  ) Withdrawn/Off Calendar
                   (X) Continued to: **Friday, 06/12/09 at 1:30 PM for Further CMC**

### *SUMMARY*

- Counsel are directed to discuss the possibility of a magistrate presiding over this case with their clients.  Counsel shall file a joint pleading a week from today informing the Court of whether or not they consent.  They shall also indicate their choice of magistrate or if they want to be randomly assigned.
- This matter is referred to private mediation through JAMS to be completed by 12/15/08.
- Discovery disputes will be handled by this Court.  There shall be one summary judgment motion per side.

- Counsel shall file a joint CMC statement one week prior to the Further CMC.
- **Dispositive motions shall be heard on 09/04/09; PTC on 10/26/09 at 2:00 PM and Trial on 11/30/09 at 8:30 AM.**


cc: ADR