1 | Philip L. Pillsbury, Jr. (SBN 72261)
2 | Vedica Puri (SBN 176252)
3 | Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
4 | 600 Montgomery Street, 31st Floor
San Francisco, CA 94111
5 | Telephone: (415) 433-8000
Facsimile: (415) 433-4816
6 | Email: ppillsbury@pillsburylevinson.com
7 |   vpuri@pillsburylevinson.com
  rlarson@pillsburylevinson.com

Attorneys for Plaintiffs
JON W. BAYLESS and GARY J. MORGENTHALER,
as Trustees in Dissolution for WESTWAVE COMMUNCATIONS, INC.
a dissolved Delaware Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No. C 08-01779 JSW<br><br>**JOINT REPORT RE NON-CONSENT TO ASSIGNMENT OF CASE TO MAGISTRATE JUDGE** |

Pursuant to the Court's Order of August 15, 2008, the parties report that they do *not* jointly agree to assignment of this case to a magistrate judge.

///

///

///

-1-
JOINT REPORT RE NON-CONSENT TO ASSIGNMENT                    Case No. C 08-01779 JSW
OF CASE TO MAGISTRATE JUDGE

Dated: August 22, 2008                    PILLSBURY & LEVINSON, LLP


                                          By: /s/ Eric K. Larson
                                              Philip L. Pillsbury, Jr.
                                              Vedica Puri
                                              Eric K. Larson

                                              Attorneys for Plaintiffs
                                              JON W. BAYLESS, GARY J.
                                              MORGENTHALER, as Trustees in
                                              Dissolution for WESTWAVE
                                              COMMUNCATIONS, INC. a dissolved
                                              Delaware Corporation


Dated: August 22, 2008                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP


                                          By: /s/ Darren Le Montree
                                              Darren Le Montree

                                              Attorneys for Defendant
                                              ILLINOIS UNION INSURANCE
                                              COMPANY

-2-

JOINT REPORT RE NON-CONSENT TO ASSIGNMENT                Case No. C 08-01779 JSW
OF CASE TO MAGISTRATE JUDGE