Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Eric K. Larson (SBN 142791)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
       vpuri@pillsburylevinson.com
       rlarson@pillsburylevinson.com

Attorneys for Plaintiffs
JON W. BAYLESS and GARY J. MORGENTHALER,
as Trustees in Dissolution for WESTWAVE COMMUNCATIONS, INC.
a dissolved Delaware Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No. C 08-01779 JSW<br><br>**STIPULATION RE MEDIATION; [PROPOSED] ORDER RE SAME** |

Plaintiffs Jon W. Bayless and Gary J. Morgenthaler, as Trustees in Dissolution for Westwave Communications, Inc., a dissolved Delaware Corporation ("Westwave") and Defendant Illinois Union Insurance Company hereby stipulate as follows:

1. On August 5, 2008, the Court entered a Stipulation and Order Selecting ADR Process (the "Order"). The Order provided that the parties would participate in private

1   mediation with JAMS and hold the mediation by December 15, 2008.  The Order was
2   confirmed at the August 15, 2008 Case Management Conference.
3       2.    Despite their good faith efforts, the parties could not agree on a mediator at
4   JAMS.  Instead, the parties have agreed to use Gig Kyriacou, an independent mediator, as the
5   mediator.  Due to Mr. Kyriacou's schedule, the parties could not schedule the mediation before
6   the December 15 deadline.
7       3.    The parties have agreed to mediation with Mr. Kyriacou on January 21, 2009.
8       4.    The parties request that the Court revise the Order to extend the deadline for
9   mediation to January 21, 2009 and to permit the parties to mediate before Mr. Kyriacou.

IT IS SO STIPULATED.

Dated: December 10, 2008

PILLSBURY & LEVINSON, LLP

By: /s/ Eric K. Larson
Philip L. Pillsbury, Jr.
Vedica Puri
Eric K. Larson

Attorneys for Plaintiffs
JON W. BAYLESS, GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNCATIONS, INC. a dissolved Delaware Corporation

Dated: December 9, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Julie E. Van Wert
Darren Le Montree
Julie E. Van Wert

Attorneys for Defendant
ILLINOIS UNION INSURANCE COMPANY

IT IS SO ORDERED.

Dated: December 10, 2008

Hon. Jeffrey S. White

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111