Darren Le Montree, Esq. (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
Julie Van Wert (State Bar No. 166712)
Julie.VanWert@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendant,
ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No.  C 08-01779 JSW<br><br>**STIPULATION RE MEDIATION; [PROPOSED] ORDER RE SAME** |

Plaintiffs Jon W. Bayless and Gary J. Morgenthaler, as Trustees in Dissolution for Westwave Communications, Inc., a dissolved Delaware Corporation ("Westwave") and Defendant Illinois Union Insurance Company ("Illinois Union") hereby stipulate as follows:

1. On August 5, 2008, the Court entered a Stipulation and Order Selecting ADR Process (the "Order").  The Order provided that the parties would participate in private mediation with JAMS and hold the mediation by December

15, 2008. The Order was confirmed at the August 15, 2008 Case Management Conference.

2. Despite their good faith efforts, the parties could not agree on a mediator at JAMS. Instead, the parties have agreed to use Gig Kyriacou, an independent mediator, as the mediator. Due to Mr. Kyriacou's schedule, the parties could not schedule the mediation before the December 15 deadline.

3. The parties then agreed to mediation with Mr. Kyriacou on January 21, 2009.

4. Due to scheduling conflicts that have arisen, Illinois Union requested, and Westwave agreed, to move the mediation to February 5, 2009.

5. The parties request that the Court revise the Order to extend the deadline for mediation to February 5, 2009 to permit the parties to mediate before Mr. Kyriacou.

IT IS SO STIPULATED.

Dated: January ___, 2009          PILLSBURY & LEVINSON, LLP

                                  By: /S/
                                  _____
                                  Celia Jackson
                                  Attorneys for Plaintiffs
                                  JON W. BAYLESS, GARY J.
                                  MORGENTHALER, as Trustees in
                                  Dissolution for WESTWAVE
                                  COMMUNCATIONS, INC. a dissolved
                                  Delaware Corporation

1  Dated: January ___, 2009          WILSON, ELSER, MOSKOWITZ,
2                                     EDELMAN & DICKER LLP
3
4
5                                    By: /S/
                                     Darren Le Montree
6                                    Julie E. Van Wert
                                     Attorneys for Defendant
7                                    ILLINOIS UNION INSURANCE
                                     COMPANY
8
9
10 IT IS SO ORDERED.
11
12 Dated: January 21, 2009            _____
                                     Hon. Jeffrey S. White

3
STIPULATION RE MEDIATION; [PROPOSED] ORDER RE SAME

741301.1