1  Darren Le Montree, Esq. (State Bar No. 198715)
   Darren.LeMontree@wilsonelser.com
2  Julie Van Wert (State Bar No. 166712)
   Julie.VanWert@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **   EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
5  Telephone:   (213) 443-5100
   Facsimile:    (213) 443-5101
6  Attorneys for Defendant,
   ILLINOIS UNION INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JON W. BAYLESS and GARY J.        )  Case No.  C 08-01779 JSW
    MORGENTHALER, as Trustees in     )
12  Dissolution  for WESTWAVE         )
    COMMUNICATIONS, INC. a            )  **STIPULATION RE DISCOVERY**
13  dissolved Delaware Corporation,   )  **SCHEDULE; [PROPOSED]**
                                      )  **ORDER RE SAME**
14                                    )
                                      )
15           Plaintiff,               )
16       vs.                          )
                                      )
17  ILLINOIS UNION INSURANCE          )
    COMPANY, and DOES 1-10.           )
18                                    )
                                      )
19           Defendants.              )

20       Plaintiffs Jon W. Bayless and Gary J. Morgenthaler, as Trustees in

21  Dissolution for Westwave Communications, Inc., a dissolved Delaware

22  Corporation ("Westwave") and Defendant Illinois Union Insurance Company

23  ("Illinois Union") hereby stipulate as follows:

24       1.    Whereas, trial in this matter is set for November 30, 2009.

25       2.    Whereas, dispositive motions are set to be heard on September 4,

26  2009.

27       3.    Whereas, the parties continue to work diligently towards the

28  possibility of settlement in this matter.

STIPULATION RE DISCOVERY SCHEDULE; [PROPOSED] ORDER RE SAME

773063.1

4.      Whereas, the parties have diligently pursued discovery; however, counsel have conferred and agreed that in order to accommodate the schedules of counsel and the parties, the discovery schedule shall be modified as follows:

a)      Fact Discovery Cutoff:    July 17, 2009.

b)      Designation of Experts:    July 30, 2009.

c)      Designation of Rebuttal experts: August 31, 2009.

d)      Expert Discovery Cutoff:   September 30, 2009.

5.      The parties request that the Court revise the Pre-Trial Scheduling Order to comport with the above-referenced revised schedule.

IT IS SO STIPULATED.


Dated: May 12, 2009                        PILLSBURY & LEVINSON, LLP


By: _____
Celia M. Jackson
Attorneys for Plaintiffs
JON W. BAYLESS, GARY J.
MORGENTHALER, as Trustees in
Dissolution for WESTWAVE
COMMUNCATIONS, INC. a dissolved
Delaware Corporation


Dated: May 12, 2009                        WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP


By: _____
Darren Le Montree
Julie E. Van Wert
Attorneys for Defendant
ILLINOIS UNION INSURANCE
COMPANY

STIPULATION RE DISCOVERY SCHEDULE; [PROPOSED] ORDER RE SAME

773963.1

1    IT IS SO ORDERED.

2

3    Dated:  May 13, 2009                    _____

4                                            Hon. Jeffrey S. White

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE DISCOVERY SCHEDULE; [PROPOSED] ORDER RE SAME

773963.1