Darren Le Montree, Esq. (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
Julie Van Wert (State Bar No. 166712)
Julie.VanWert@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Defendant,
ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No. C 08-01779 JSW<br><br>[PROPOSED] ORDER UPON STIPULATION TO MODIFY OR VACATE TRIAL AND RELATED DATES |

Pursuant to the stipulation of the parties, by and through their respective counsel of record, IT IS SO ORDERED that the November 30, 2009 trial date is vacated along with all attendant discovery, expert and motions cut-off dates. A further status conference hearing is set for _____ at _____.

Or,

IT IS SO ORDERED that the existing trial and pretrial dates are continued as follows:

Fact Discovery Cutoff                                                              November 17, 2009

| | |
|---|---|
| Designation of Experts and Exchange of Reports | November 30, 2009 |
| Designation of Rebuttal Experts | December 31, 2009 |
| Expert Discovery Cutoff | January 19, 2010 |
| Last Day to Hear Dispositive Motions | January 8, 2010 |
| Pretrial Conference | ~~February 22, 2009~~ ~~February 25, 2010~~ |
| Trial | March 29, 2010 |

Dated: June 15, 2009

_____
Hon. Jeffrey S. White

*[signature: Jeffrey S. White]*

---

2

[~~PROPOSED~~] ORDER UPON STIPULATION TO MODIFY OR VACATE TRIAL AND RELATED DATES
787411.1