Darren Le Montree, Esq. (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
Julie Van Wert (State Bar No. 166712)
Julie.VanWert@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendant,
ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No.  C 08-01779 JSW<br>ORDER GRANTING, AS MODIFIED,<br><br>**STIPULATION RE BRIEFING SCHEDULE ON MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  October 9, 2009<br>Time:  9:00 a.m.<br>Dept.:  11 |

    Plaintiffs Jon W. Bayless and Gary J. Morgenthaler, as Trustees in Dissolution for Westwave Communications, Inc., a dissolved Delaware Corporation ("Westwave") and Defendant Illinois Union Insurance Company ("Illinois Union") hereby stipulate as follows:

    1.    Whereas, Westwave filed a Motion for Partial Summary Judgment which was continued for hearing on October 9, 2009.

    2.    Whereas, in anticipation of the new hearing date and the expectation that the briefing schedule would be commensurate with the new hearing date, the

-1-

JOINT STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE      Case No. C 08-01779 JSW

814365.1

1  parties agreed to continue certain discovery deadlines.

2      3.    Whereas, the parties are also engaged in settlement discussions

3  which may render the pending motion moot.

4      4.    In light of these circumstances, the parties agree to the following

5  briefing schedule:

6      a)    Illinois Union to file its Opposition by September 23, 2009.

7      b)    Westwave to file its Reply by September 30, 2009.

8  IT IS SO STIPULATED.

9  Dated: August 26, 2009    PILLSBURY & LEVINSON, LLP

10

11      By: /s/ Celia M. Jackson

12      Celia M. Jackson
    Attorneys for Plaintiffs

13      JON W. BAYLESS, GARY J.
    MORGENTHALER, as Trustees in

14      Dissolution for WESTWAVE

15      COMMUNCATIONS, INC. a dissolved
    Delaware Corporation

16

17  Dated: August 26, 2009    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

18

19

20      By: /s/ Darren L. Montree

21      Darren Le Montree
    Julie E. Van Wert

22      Attorneys for Defendant

23      ILLINOIS UNION INSURANCE
    COMPANY

24  IT IS SO ORDERED. The parties' stipulated briefing schedule does not comport with the Local Rules regarding the deadlines for submitting opposition and

25  reply briefs. Accordingly, the hearing is continued to October 23, 2009 at 9:00 a.m.

26  Dated: August 27, 2009

27      Hon. Jeffrey S. White

28

-2-

JOINT STIPULATION RE SUMMARY JUDGMENT BRIEFING SCHEDULE    Case No. C 08-01779 JSW

814365.1