Darren Le Montree, Esq. (State Bar No. 198715)
Darren.LeMontree@wilsonelser.com
Julie Van Wert (State Bar No. 166712)
Julie.VanWert@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
    **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101

Attorneys for Defendant,
ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants. | Case No. C 08-01779 JSW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION RE TAKING MOTION FOR PARTIAL SUMMARY JUDGMENT OFF CALENDAR**<br><br>Date: October 23, 2009<br>Time: 9:00 a.m.<br>Dept.: 11 |

      Plaintiffs Jon W. Bayless and Gary J. Morgenthaler, as Trustees in Dissolution for Westwave Communications, Inc., a dissolved Delaware Corporation ("Westwave") and Defendant Illinois Union Insurance Company ("Illinois Union") hereby stipulate as follows:

      1.    Whereas, Westwave filed a Motion for Partial Summary Judgment which was continued for hearing to October 23, 2009.

      2.    Whereas, Westwave and Illinois Union have reached a settlement of all claims between them and are in the process of documenting that settlement.

3. Whereas, the settlement has rendered the pending motion moot.

4. In light of these circumstances, the parties request that the pending motion for partial summary judgment be taken off calendar.

IT IS SO STIPULATED.

Dated: September 29, 2009                PILLSBURY & LEVINSON, LLP


By: /s/ Celia M. Jackson
    Celia M. Jackson
    Attorneys for Plaintiffs
    JON W. BAYLESS, GARY J.
    MORGENTHALER, as Trustees in
    Dissolution for WESTWAVE
    COMMUNCATIONS, INC. a dissolved
    Delaware Corporation

Dated: September 29, 2009                WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP


By: /s/ Darren Le Montree
    Darren Le Montree
    Julie E. Van Wert
    Attorneys for Defendant
    ILLINOIS UNION INSURANCE
    COMPANY

IT IS SO ORDERED. This Order terminates Docket No. 32.

Dated: September 30, 2009

_____
Hon. Jeffrey S. White