IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN W BAYLESS,

    Plaintiff,

v.

ILLINOIS UNION INSURANCE CO,

    Defendants.
                                           /

No. 08-01779 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On November 10, 2009, Third Party Defendant Federal Insurance Company filed a motion to dismiss the third party complaint, which is noticed for hearing on January 22, 2010. It is HEREBY ORDERED that Third Party Plaintiff's opposition to the motion is due by no later than December 4, 2009, and the reply brief shall be due by no later than December 11, 2009. If the parties seek to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such request. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: November 10, 2009

                                                         
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE