**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    JOHN W BAYLESS,
10           Plaintiff,                          No. 08-01779 JSW
11      v.                                       **ORDER SETTING BRIEFING
                                                 SCHEDULE**
12   ILLINOIS UNION INSURANCE CO,
13           Defendants.
                                          /
14
15          On November 10, 2009, Third Party Defendant Federal Insurance Company filed a

16   motion to dismiss the third party complaint, which is noticed for hearing on January 22, 2010.

17   It is HEREBY ORDERED that Third Party Plaintiff's opposition to the motion is due by no

18   later than December 4, 2009, and the reply brief shall be due by no later than December 11,

19   2009.  If the parties seek to modify this briefing schedule, they must submit a request to the

20   Court demonstrating good cause for any such request.  If the Court finds the matter suitable for

21   disposition without oral argument, it shall notify the parties in advance of the hearing date.

22          **IT IS SO ORDERED.**

23

24   Dated: November 10, 2009                    _____
                                                 JEFFREY S. WHITE
25                                               UNITED STATES DISTRICT JUDGE
26
27
28