Philip L. Pillsbury, Jr. (SBN 72261)
Vedica Puri (SBN 176252)
Celia M. Jackson (SBN 124508)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: ppillsbury@pillsburylevinson.com
       vpuri@pillsburylevinson.com
       cjackson@pillsburylevinson.com

Attorneys for Plaintiffs
JON W. BAYLESS and GARY J. MORGENTHALER,
as Trustees in Dissolution for WESTWAVE COMMUNCATIONS, INC.
a dissolved Delaware Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10.<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY ACTION | Case No. C 08-01779 JSW<br><br>**REQUEST FOR ORDER DISMISSING COMPLAINT WITH PREJUDICE AND [PROPOSED] ORDER RE SAME**<br><br>The Honorable Jeffrey S. White |

REQUEST FOR ORDER                                                     Case No. C 08-01779 JSW

Pursuant to Fed. Rule Civ. Pro., Rule 41(a)(2), Plaintiffs Jon W. Bayless and Gary J. Morgenthaler, as Trustees in Dissolution for Westwave Communications, Inc., a dissolved Delaware corporation ("Westwave"), request that the Court enter a *dismissal with prejudice* of the Complaint for Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing (the "Complaint") filed by Westwave against Illinois Union Insurance Company ("Illinois Union") on or about January 25, 2008 in the Superior Court for the County of San Francisco, and timely removed to this Court. The reason for this request is that Westwave and Illinois Union have reached a settlement that fully resolves all claims asserted in the Complaint.

The dismissal of the Complaint is not intended to have any effect on the First Amended Third-Party Complaint and Demand for Jury Trial (the "Third-Party Action") that Illinois Union filed against Federal Insurance Company ("Federal") on or about September 21, 2009, and the claims in the Third-Party Action will therefore remain pending.

As indicated below, Illinois Union consents to the dismissal and agrees that Westwave and Illinois Union will each bear their own costs and attorneys' fees related to the litigation of the Complaint.

Dated: November 12, 2009     PILLSBURY & LEVINSON, LLP

By: */s/ Celia M. Jackson*
Celia M. Jackson

Attorneys for Plaintiffs
JON W. BAYLESS, GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNCATIONS, INC. a dissolved Delaware Corporation

Illinois Union hereby consents to the Proposed Order.

Dated: November 12, 2009     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Julie E. Van Wert*
Darren Le Montree
Julie E. Van Wert

Attorneys for Defendant
ILLINOIS UNION INSURANCE COMPANY

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1  **~~PROPOSED~~ ORDER**

2  IT IS HEREBY ORDERED that the Complaint for Breach of Contract and Breach of
3  the Implied Covenant of Good Faith and Fair Dealing filed by Plaintiffs Jon W. Bayless and
4  Gary J. Morgenthaler, as Trustees in Dissolution for Westwave Communications, Inc., a
5  dissolved Delaware corporation ("Westwave") Illinois Union Insurance Company ("Illinois
6  Union") is ***dismissed with prejudice.*** Westwave and Illinois Union will each bear its own
7  costs of and attorneys' fees related to the litigation of the Complaint.

THIS ORDER DOES NOT TERMINATE THE THIRD PARTY ACTION. THE CLERK SHALL NOT CLOSE THE FILE.

Dated: November 13, 2009

Hon. Jeffrey S. White
United States District Court Judge

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111