```
NORMAN J. BLEARS (SBN 95600)
HOGAN & HARTSON LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
njblears@hhlaw.com

Attorneys for Third-Party Defendant
FEDERAL INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC., a dissolved Delaware Corporation,<br><br>    Plaintiff,<br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10,<br><br>    Defendants, | CASE NO.: 03:08-CV-01779-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br><br><br><br><br>The Honorable Jeffrey S. White |
| ILLINOIS UNION INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Third-Party Defendant. | |

| | |
|---|---|
| 1 | Counsel report that they have met and conferred regarding ADR and have reached the |
| 2 | following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to |
| 3 | participate in court sponsored mediation (ADR L.R. 6). |

However, the parties ask that the Court assign a mediator with substantial insurance coverage experience.

The parties agree to hold the session by 90 days from the date of the order referring the case to mediation.

Dated: March 19, 2010                     **HOGAN & HARTSON LLP**

                                                            /s/
Norman J. Blears

Attorneys for Third-Party Defendant
Federal Insurance Company


**HODGSON RUSS LLP**

                /s/ Patrick M. Tomovic
Patrick M. Tomovic,
Kevin D. Szcepanski, and
Brent Nowicki (all admitted *Pro Hac Vice*)
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 848-1398
Facsimile: (716) 819-4751

- and -


**DILLINGHAM & MURPHY LLP**

                  /s/ March (Hsiao C.) Mao
Dennis J. Kelly and
March (Hsiao C.) Mao Local Counsel
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (716)


Attorneys for Third-Party Plaintiffs
Illinois Union Insurance Company

**[PROPOSED ORDER]**

Pursuant to the above Stipulation above, the captioned matter is hereby referred to mediation. The deadline for the mediation is 90 days from the date of this order.

IT IS SO ORDERED.

Dated: March 22, 2010

_____
Honorable Jeffrey S. White