1 **DILLINGHAM & MURPHY LLP**
Dennis J. Kelly (SBN 191414)
2 Hsiao C. (Mark) Mao (SBN 236165)
225 Bush Street, 6th Floor
3 San Francisco, California 94104-4207
Telephone: (415) 397-2700
4 Facsimile: (415) 397-3300
djk@dillinghammurphy.com
5 mcm@dillinghammurphy.com

6 **HODGSON RUSS LLP**
Kevin D. Szczepanski, *Pro Hac Vice*
7 The Guaranty Building
140 Pearl Street, Suite 100
8 Buffalo, New York 14202-4040
Telephone: (716) 848-1485
9 Facsimile: (716) 819-4764
kds@hodgsonruss.com

Attorneys for Third-Party Plaintiff
ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. 03:08-CV-01779-JSW<br><br>**[PROPOSED]** ORDER |
| ILLINOIS UNION INSURANCE COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Third-Party Defendant. | |

Page 1 - Case No. 03:08-CV-01779-JSW
[PROPOSED] ORDER

1 **ORDER**

2     The Request for a Postponement of the June 22 Mediation Completion Deadline filed by

3 Third-Party Plaintiff ILLINOIS UNION INSURANCE COMPANY is hereby granted.

4     The Mediation Completion Deadline is hereby postponed to September 14, 2010.

5     IT IS SO ORDERED. This Order does not alter any other deadlines set by the Court.

Dated: June 8, 2010         **JUDGE OF THE NORTHERN DISTRICT COURT OF CALIFORNIA**

_____
Hon. Jeffrey S. White

Page 2 - Case No. 03:08-CV-01779-JSW

[~~PROPOSED~~] ORDER