1  **HODGSON RUSS LLP**
   Kevin D. Szczepanski (Admitted *pro hac vice*)
2  Lisa A. Bauer (Admitted *pro hac vice*)
   Brent J. Nowicki (Admitted *pro hac vice*)
3  The Guaranty Building
   140 Pearl Street, Suite 100
4  Buffalo, New York 14202-4040
   Telephone: (716) 856-4000
5  Facsimile: (716) 819-4751
   bnowicki@hodgsonruss.com
6
   **DILLINGHAM & MURPHY LLP**
7  Dennis J. Kelly (SBN 191414)
   Hsiao C. (Mark) Mao (SBN 236165)
8  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
9  Telephone:  (415) 397-2700
   Facsimile:  (415) 397-3300
10 mcm@dillinghammurphy.com

11 Attorneys for Third-Party Plaintiff
   ILLINOIS UNION INSURANCE COMPANY
12

13                    UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. 03:08-CV-01779-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER** |
| ILLINOIS UNION INSURANCE COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Third-Party Defendant. | |

27

28

Page 1 - Case No. 03:08-CV-01779-JSW
                    STIPULATION AND [PROPOSED] ORDER

1            **STIPULATION AND [PROPOSED] ORDER**

2          Defendants/third-party plaintiff Illinois Union Insurance Company ("Illinois Union") and

3    third-party defendant Federal Insurance Company ("Federal") hereby stipulate and jointly move

4    this Court for an order amending certain dates in the parties' Joint Case Management Statement,

5    dated March 5, 2010, which were adopted by Court Order on that same day, as follows:

6          1.  These proposed changes are requested to permit the parties additional time to

7               complete written discovery and the subsequent orderly depositions of necessary

8               witnesses.  Additionally, the changes will permit the parties additional time to attempt

9               to resolve this dispute through mediation.

10         2.  The parties have agreed to a revised scheduling order as follows, subject to the

11              Court's approval:

12              Proponent's Rule 26(a)(2)(B) Statement    :      Due September 3, 2010

13              Rebuttal Rule 26(a)(2)(B) Statement       :      Due October 4, 2010

14              Deadline for close of fact discovery       :      October 22, 2010

15              Deadline for expert depositions (if any)    :      November 5, 2010

16              Dispositive motions                       :      Due December 3, 2010

17         3.  The basis of this stipulation and proposed amendment of the scheduling order is that

18              the parties have, in good faith, been attempting to complete written discovery and

19              participate in mediation.  However, due to unforeseen circumstances, the mediation

20              previously scheduled for June 9, 2010 was adjourned.  The parties and the mediator

21              have been diligent in discussions regarding a new date for the mediation and believe

22              it will conclude by mid-September 2010 at the latest.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Page 2 - Case No. 03:08-CV-01779-JSW
STIPULATION AND [PROPOSED] ORDER

1       4.  For the reasons set forth above, the parties respectfully request that the Court grant

2       the proposed extended discovery dates.

3                                Respectfully submitted,

4 Dated:  July 14, 2010                Dated:  July 14, 2010

5 **HOGAN LOVELLS US LLP**        **HODGSON RUSS LLP**
*Attorneys for Federal Insurance Company*    *Attorneys for Illinois Union Insurance Company*

6

7 _____/s_____    _____/s_____
Norman J. Blears                     Kevin D. Szczepanski

8 525 University Avenue, 4th Floor     Brent J. Nowicki
Palo Alto, CA  94301              The Guaranty Building

9 Telephone: (650) 463 4000       140 Pearl Street, Suite 100
Facsimile: (650) 463 4199        Buffalo, New York 14202-4040

10 norman.blears@hoganlovells.com    Telephone:  (716) 856-4000
                                Facsimile:  (716) 819-4751

11                                 bnowicki@hodgsonruss.com

12 *///*

13 *///*

14 *///*

15 *///*

16       IT IS SO ORDERED

17

18 Dated: <u>August 3, 2010</u>        _____

19                                 Hon. Jeffrey S. White
                                Judge of the United States District Court

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER