| | |
|---|---|
| 1 | **HODGSON RUSS LLP** |
| | Kevin D. Szczepanski (Admitted *pro hac vice*) |
| 2 | Lisa A. Bauer (Admitted *pro hac vice*) |
| | Brent J. Nowicki (Admitted *pro hac vice*) |
| 3 | The Guaranty Building |
| | 140 Pearl Street, Suite 100 |
| 4 | Buffalo, New York 14202-4040 |
| | Telephone: (716) 856-4000 |
| 5 | Facsimile: (716) 819-4751 |
| | kds@hodgsonruss.com |
| 6 | |
| | **DILLINGHAM & MURPHY LLP** |
| 7 | Dennis J. Kelly (SBN 191414) |
| | Hsiao C. (Mark) Mao (SBN 236165) |
| 8 | 225 Bush Street, 6th Floor |
| | San Francisco, California 94104-4207 |
| 9 | Telephone:  (415) 397-2700 |
| | Facsimile:  (415) 397-3300 |
| 10 | mcm@dillinghammurphy.com |
| 11 | Attorneys for Third-Party Plaintiff |
| | ILLINOIS UNION INSURANCE COMPANY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | JON W. BAYLESS and GARY J. MORGENTHALER, as Trustees in Dissolution for WESTWAVE COMMUNICATIONS, INC. a dissolved Delaware corporation, | Case No. 03:08-CV-01779-JSW |
| 15 | | **STIPULATION [AND ~~PROPOSED~~ ORDER] OF DISMISSAL** |
| 16 | | |
| 17 | Plaintiffs, | |
| 18 | vs. | |
| 19 | ILLINOIS UNION INSURANCE COMPANY, and DOES 1-10, | |
| 20 | Defendants. | |
| 21 | | |
| 22 | ILLINOIS UNION INSURANCE COMPANY, | |
| 23 | Third-Party Plaintiff, | |
| 24 | vs. | |
| 25 | FEDERAL INSURANCE COMPANY, | |
| 26 | Third-Party Defendant. | |

Page 1 - Case No. 03:08-CV-01779-JSW

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims in the third-party action on the merits, with prejudice, and without costs to any party. The parties note that the claims in the first-party action have already been resolved and need not, therefore, be addressed by this stipulation.

Dated: October 20, 2010

**HOGAN LOVELLS US LLP**
*Attorneys for Federal Insurance Company*

Norman J. Blears
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463 4000
Facsimile: (650) 463 4199
norman.blears@hoganlovells.com

Dated: October 19, 2010

**HODGSON RUSS LLP**
*Attorneys for Illinois Union Insurance Company*

Kevin D. Szczepanski
Lisa A. Bauer
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 856-4000
Facsimile: (716) 819-4751
kds@hodgsonruss.com

IT IS SO ORDERED.   October 20, 2010

Hon. Jeffrey S. White
United States District Court

Page 2 - Case No. 03:08-CV-01779-JSW